UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERALD THOMAS,

        Plaintiff,                      Case No. 1:08cv744

v.                                              Hon. Robert J. Jonker

B. DeBOER, et al.,

        Defendants.
_____/

## ORDER ADOPTING AND
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on October 24, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 24, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's motion for a preliminary injunction (docket #19) is **DENIED**.

                                              /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE

DATED: November 23, 2009.